Ex. 69
p. 943

# EXHIBIT 69

THE SUPERIOR COURT OF CALIFORNIA



Select Language ▼

Español   |   Tiếng Việt   |   ਪੰਜਾਬੀ   |   简体中文   |   繁體中文

Log In

# DomainWeb

*your resource for case filing information*

**Buy Credits**
0 Credit(s)



**Checkout (0 item(s))**

DomainWeb     How This Site Works     FAQ

## Case Details

**Case Number:** RG20056354

**Title:** Health Care Service Corp VS Mallinckrodt ARD LLC

| Case Summary | Register of Action | Participants | Tentative Rulings |
| Future Hearings | Minutes | | |

| Date | Description | Pages | Price | | Select ☐ |
|---|---|---|---|---|---|
| 10/13/2020 | Notice of Bankruptcy As to Defendant Mallinckrodt ARD LLC, Mallinckrodt PLC | 6 | $5.50 | Half Page Preview | ☐ |
| 10/2/2020 | Proof of Service by Mail Filed | 2 | $2.00 | Half Page Preview | ☐ |
| 10/2/2020 | First Amended Complaint Filed | 69 | $37.00 | Half Page Preview | ☐ |
| 9/17/2020 | Hearing Reset to Case Management Conf Continuance 02/02/2021 | | | | |

Ex. 69
p. 944

| Date | Description | Pages | Price | Select ☐ |
|---|---|---|---|---|
| | 03:00 PM D- 19 | | | |
| 9/17/2020 | Stipulation and Order Re: Other Ex Parte Granted | 5 | $5.00 | Half Page Preview ☐ |
| 9/14/2020 | Stipulation and Order Re: Other Ex Parte Filed: - Proof of service | 7 | $6.00 | Half Page Preview ☐ |
| 8/26/2020 | Motion to Strike Denied | 10 | $7.50 | Half Page Preview ☐ |
| 8/26/2020 | Demurrer Sustained With Leave to Amend | 10 | $7.50 | Half Page Preview ☐ |
| 8/25/2020 | Case Management Conf Continuance 11/10/2020 03:00 PM D- 19 | | | |
| 8/25/2020 | Case Management Conference Order Issued | 2 | | View |
| 8/25/2020 | Case Management Conference Commenced and Completed | 1 | | View |
| 8/25/2020 | Motion to Strike Taken Under Submission | 1 | $1.00 | Half Page Preview ☐ |
| 8/25/2020 | Civil Law and Motion Hearing Commenced and Completed | 1 | $1.00 | Half Page Preview ☐ |
| 8/25/2020 | Demurrer to Complaint Taken Under Submission | 1 | $1.00 | Half Page Preview ☐ |
| 8/25/2020 | Civil Law and Motion Hearing Commenced and Completed | 1 | $1.00 | Half Page Preview ☐ |

| Date | Description | Pages | Price | | Select ☐ |
|---|---|---|---|---|---|
| 8/20/2020 | Hearing Vacated: Motion to Strike 08/19/2020 03:00 PM D- 19 | | | | |
| 8/20/2020 | Motion to Strike 08/19/2020 03:00 PM D- 19 | | | | |
| 8/19/2020 | Hearing Continued to Civil Law and Motion dept: 19 date: 08/25/2020 time: 09:00 AM | | | | |
| 8/19/2020 | Demurrer to Complaint - Motion Rescheduled | 10 | $7.50 | Half Page Preview | ☐ |
| 8/19/2020 | Civil Law and Motion Hearing Commenced and Continued | 8 | $6.50 | Half Page Preview | ☐ |
| 8/19/2020 | Hearing Continued to Civil Law and Motion dept: 19 date: 08/25/2020 time: 09:00 AM | | | | |
| 8/19/2020 | Motion to Strike - Motion Rescheduled | 10 | $7.50 | Half Page Preview | ☐ |
| 8/19/2020 | Civil Law and Motion Hearing Commenced and Continued | 8 | $6.50 | Half Page Preview | ☐ |
| 8/19/2020 | Case Management Conf Continuance 08/25/2020 09:00 AM D- 19 | | | | |
| 8/19/2020 | Case Management Conference Order Issued | 1 | | View | |

Ex. 69
p. 946

| Date | Description | Pages | Price | | Select ☐ |
|---|---|---|---|---|---|
| 8/19/2020 | Case Management Conference Commenced and Completed | 1 | | View | |
| 8/18/2020 | Notice of Supplemental Authority Re Demurrer And Motion to Strike Filed | 49 | $27.00 | Half Page Preview | ☐ |
| 8/17/2020 | Proof of Service by Electronic Service Re: Notice of Supplemental Authority Filed | 2 | $2.00 | Half Page Preview | ☐ |
| 8/17/2020 | Notice of Supplemental Authority Filed | 36 | $20.50 | Half Page Preview | ☐ |
| 8/5/2020 | Hearing Continued to Civil Law and Motion dept: 19 date: 08/19/2020 time: 03:00 PM | | | | |
| 8/5/2020 | Motion to Strike - Motion Rescheduled | 2 | $2.00 | Half Page Preview | ☐ |
| 8/5/2020 | Civil Law and Motion Hearing Commenced and Continued | 1 | $1.00 | Half Page Preview | ☐ |
| 8/5/2020 | Hearing Continued to Civil Law and Motion dept: 19 date: 08/19/2020 time: 03:00 PM | | | | |
| 8/5/2020 | Demurrer to Complaint - Motion Rescheduled | 2 | $2.00 | Half Page Preview | ☐ |

Ex. 69
p. 947

| Date | Description | Pages | Price | | Select ☐ |
|---|---|---|---|---|---|
| 8/5/2020 | Civil Law and Motion Hearing Commenced and Continued | 1 | $1.00 | Half Page Preview | ☐ |
| 8/5/2020 | Hearing Reset to Case Management Conf Continuance 08/19/2020 03:00 PM D- 19 | | | | |
| 7/29/2020 | Proof of Service by Mail Filed | 2 | $2.00 | Half Page Preview | ☐ |
| 7/29/2020 | Case Management Statement of Health Care Service Corp Filed | 5 | $5.00 | Half Page Preview | ☐ |
| 7/21/2020 | Memorandum of Points and Authorities in Reply & Motion to Strike Filed | 43 | $24.00 | Half Page Preview | ☐ |
| 6/24/2020 | Proposed Order Received | 5 | $5.00 | Half Page Preview | ☐ |
| 6/24/2020 | Proposed Order Received | 10 | $7.50 | Half Page Preview | ☐ |
| 6/24/2020 | Proposed Order Received | 18 | $11.50 | Half Page Preview | ☐ |
| 6/24/2020 | Opposition to Request for Judicial Notice in Support of Deft. Demurrer & Motion to Strike Filed | 12 | $8.50 | Half Page Preview | ☐ |
| 6/24/2020 | Memorandum of Points and Authorities in Opposition : Opposition to | 125 | $40.00 | Half Page Preview | ☐ |

| Date | Description | Pages | Price | | Select ☐ |
|---|---|---|---|---|---|
| | Demurrer & Motion to Strike File | | | | |
| 6/23/2020 | Case Management Conf Continuance 08/05/2020 03:00 PM D- 19 | | | | |
| 6/23/2020 | Case Management Conference Order Issued | 1 | | View | |
| 6/23/2020 | Case Management Conference Commenced and Completed | 1 | | View | |
| 6/19/2020 | Case Management Statement of Health Care Service Corp Filed | 11 | $8.00 | Half Page Preview | ☐ |
| 6/2/2020 | Stipulation and Order Re: Other Ex Parte Granted | 1 | $1.00 | Half Page Preview | ☐ |
| 5/29/2020 | Stipulation and Order Re: Other Ex Parte Filed: Stipulation to Amend Briefing Schedule and Proposed | 4 | $4.00 | Half Page Preview | ☐ |

Page: 1 of 2  >  >>

Add Item(s) to buy

**Back to Search Results**

Feedback     Use and Privacy Policy     System Requirements     Contact Us     ® 2021 - Superior Court of California, County of Alameda

Ex. 69
p. 949

THE SUPERIOR COURT OF CALIFORNIA



Select Language ▼ | Español | Tiếng Việt | ਪੰਜਾਬੀ | 简体中文 | 繁體中文

Log In

# DomainWeb

*your resource for case filing information*

**Buy Credits**
0 Credit(s)      **Checkout (0 item(s))**

DomainWeb   How This Site Works   FAQ

## Case Details

**Case Number:**   **Title: Health Care Service Corp VS Mallinckrodt ARD LLC**

| Case Summary | Register of Action | Participants | Tentative Rulings |
| Future Hearings | Minutes |

| Date | Description | Pages | Price | | Select ☐ |
|---|---|---|---|---|---|
| 5/28/2020 | Demurrer to Complaint Hearing Confirmed for 08/05/2020 03:00 PM D- 19 | | | | |
| 5/28/2020 | Demurrer to Complaint Filed by Mallinckrodt ARD LLC, Mallinckrodt PLC | 221 | $40.00 | Half Page Preview | ☐ |
| 5/28/2020 | Notice of Related Case Filed | 6 | $5.50 | Half Page Preview | ☐ |
| 5/28/2020 | Motion to Strike Hearing Confirmed for 08/05/2020 03:00 PM D- 19 | | | | |

Ex. 69
p. 950

| Date | Description | Pages | Price | Select |
|---|---|---|---|---|
| 5/28/2020 | Motion to Strike Allegations from Plaintiff's Complaint Filed by Mallinckrodt PLC, Mallinckrodt ARD | 7 | $6.00 | Half Page Preview ☐ |
| 5/26/2020 | Hearing Reset to Case Management Conf Continuance 06/23/2020 03:00 PM D- 19 | 1 | | View |
| 5/21/2020 | Notice of Judicial Reassignment for All Purposes Issued | 4 | $4.00 | Half Page Preview ☐ |
| 5/21/2020 | Declaration Re: Peremptory Challenge as to Brad Seligman Granted | 1 | $1.00 | Half Page Preview ☐ |
| 5/20/2020 | Letter re Payment toward the complex filing fee Filed | 1 | $1.00 | Half Page Preview ☐ |
| 5/19/2020 | Case Management Conf Continuance 06/24/2020 09:00 AM D- 23 | | | |
| 5/19/2020 | Case Management Conference Order Issued | 1 | | View |
| 5/19/2020 | Case Management Conference Commenced and Completed | 2 | | View |
| 5/15/2020 | Declaration Re: Peremptory Challenge as to Brad Seligman Filed for Mallinckrodt ARD LLC, Mallinckrod | 6 | $5.50 | Half Page Preview ☐ |
| 5/13/2020 | Case Management Statement of | 12 | $8.50 | Half Page ☐ |

| Date | Description | Pages | Price | | Select ☐ |
|---|---|---|---|---|---|
| | Health Care Service Corp Filed | | | Preview | |
| 5/12/2020 | Stipulation and Order Re: Extension of Time to Respond to Complaint Granted | 1 | $1.00 | Half Page Preview | ☐ |
| 5/8/2020 | Letter re Payment of Complex Fees Filed | 1 | $1.00 | Half Page Preview | ☐ |
| 5/7/2020 | Notice of Assignment of Judge for All Purposes Issued | 4 | $4.00 | Half Page Preview | ☐ |
| 5/5/2020 | Motion Granted | 3 | $3.00 | Half Page Preview | ☐ |
| 5/5/2020 | Complex Determination Hearing Commenced and Completed | 2 | $2.00 | Half Page Preview | ☐ |
| 4/30/2020 | Stipulation and Order Re: Extension of Time to Respond to Complaint Filed for Mallinckrodt ARD LLC, | 4 | $4.00 | Half Page Preview | ☐ |
| 4/20/2020 | Hearing Reset to Complex Determination Hearing 05/05/2020 03:00 PM D- 23 | 2 | $2.00 | Half Page Preview | ☐ |
| 3/18/2020 | Hearing Reset to Complex Determination Hearing 04/21/2020 03:00 PM D- 23 | | | | |

Ex. 69
p. 952

| Date | Description | Pages | Price | | Select ☐ |
|---|---|---|---|---|---|
| 3/13/2020 | Proof of Service on Complaint As to Mallinckrodt ARD LLC Filed | 1 | $1.00 | Half Page Preview | ☐ |
| 3/13/2020 | Proof of Service on Complaint As to Mallinckrodt PLC Filed | 1 | $1.00 | Half Page Preview | ☐ |
| 3/3/2020 | Case Management Conference 05/19/2020 03:00 PM D- 23 | 2 | | View | |
| 3/3/2020 | Complex Determination Hearing 04/07/2020 03:00 PM D- 23 | | | | |
| 2/27/2020 | Summons on Complaint Issued and Filed | 1 | $1.00 | Half Page Preview | ☐ |
| 2/27/2020 | Provisionally Complex Civil Litigation | | | | |
| 2/27/2020 | Complaint - Antitrust/Trade Regulation Filed | 61 | $33.00 | Half Page Preview | ☐ |
| 2/27/2020 | Civil Case Cover Sheet Filed for Health Care Service Corp | 3 | $3.00 | Half Page Preview | ☐ |

<<  <  Page: 2 of 2                                              Add Item(s) to buy

**Back to Search Results**